MATTHEW G. BAGLEY (6820)
6141 W. INDIAN PONY WAY
HERRIMAN, UT 84096
TELEPHONE: (801) 819-5686
ATTORNEY FOR PLAINTIFF

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| SANDY CHANTHAMIXAY,<br><br>    Plaintiff,<br><br>v.<br><br>LVNV FUNDING, LLC; WEBBANK; GENTRY FINANCE CORPORATION; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANSUNION, LLC; and EQUIFAX INFORMATION SERVICES, LLC,<br><br>    Defendants. | Case No.: 2:25-cv-00662-HCN<br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANT LVNV FUNDING, LLC** |

Plaintiff, by and through undersigned counsel, hereby notifies the Court that Plaintiff has reached a settlement in the above-referenced matter with Defendant LVNV Funding, LLC ("LVNV"). Plaintiff and LVNV are in the process of finalizing the settlement, whereupon Plaintiff will move for dismissal with prejudice. Plaintiff anticipates that the settlement and dismissal of claims against LVNV will be finalized within the next sixty (60) days. Plaintiff's claims against the remaining Defendants remain pending.

Respectfully submitted this October 23, 2025

/s/ Matthew G. Bagley<br>Matthew G. Bagley

## CERTIFICATE OF SERVICE

I hereby certify that on October 23, 2025, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

*/s/ Matthew G. Bagley*